IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JOHN L. DAVIS,

        Defendant.
_____/

No. CR 00-0450 MMC

**ORDER GRANTING REQUEST FOR PSYCHOLOGICAL EVALUATION**

    Good cause appearing, it is hereby ordered that the United States Probation Office select and designate a psychiatrist or psychologist for the purpose of having the above-named defendant examined and evaluated to assist the parties in determining an appropriate course of action on the petition filed March 16, 2010 in the above-titled case.

    **IT IS SO ORDERED.**

Dated: April 14, 2010

                                              MAXINE M. CHESNEY
                                              United States District Judge