IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

JOHN L. DAVIS,

          Defendant.
     &nbsr;                 /

No. CR 00-0450 MMC

**ORDER CONTINUING DATE OF SUPERVISED RELEASE VIOLATION HEARING**

On motion of the probation officer and good cause appearing, it is hereby ordered that the supervised release violation hearing set for May 5, 2010 be continued to June 2, 2010 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: May 4, 2010

                                                MAXINE M. CHESNEY
                                                United States District Judge