UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUN 2 3 2010

Case No. CR-00-0450 MMC

JUDGE: **Maxine M. Chesney**

DEFENDANT: John Davis

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: Andrew Scoble

ATTORNEY FOR DEFENDANT: V. Roy Lefcourt

Deputy Clerk: Tracy Lucero

Reporter: Kelly Shainline

**PROCEEDINGS**

REASON FOR HEARING: Status re: Supervised Release Violation(s)

RESULT OF HEARING: Parties working toward disposition - Request one week continuance. New bridge not ready to accept Defendant this week.

USPO - Octavio Magana

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
    (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 6/30/10 @ 2:30 for Admission & Sentencing (Supervised Release Violations)

////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____
////////////////////////////////////////////////////////////////////////

(7 min)