AO 245D (Rev. AO 09/11-CAN  09/14) Judgment in Criminal Case of Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
|  | ) | (For **Revocation** of Probation or Supervised Release) |
| v. | ) |  |
| John Linbird Davis | ) | USDC Case Number: CR-0-00450-001 MMC |
|  | ) | BOP Case Number: DCAN30CR00450-001 |
|  | ) | USM Number: 95741-011 |
|  | ) | Defendant's Attorney: Derek St. Pierre |

**THE DEFENDANT:**

☑ admitted guilt to violation of conditions of the term of supervision set forth in Charges One and Two of the Petition for Summons dated July 7, 2014, and Charges One and Two of the Petition for Warrant dated November 5, 2014.

☐ was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Charge 1 | Defendant failed to report for drug testing. | May 31, 2014 |
| Charge 2 | Defendant failed to refrain from the use of controlled substance. | May 5, 2014 |
| Charge 1 | Defendant failed to follow the instructions of the probation officer. | November 4, 2014 |
| Charge 2 | Defendant to refrain from the use of controlled substance. | October 31, 2014 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The Government's motion to dismiss Charge 3 granted.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1152

Defendant's Year of Birth:  1962

City and State of Defendant's Residence:
San Francisco, California

12/10/2014
Date of Imposition of Judgment

*/s/ Maxine M. Chesney*
Signature of Judge

The Honorable Maxine M. Chesney
Senior United States District Judge
Name & Title of Judge

12/16/2014
Date Signed

AO 245B (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case
DEFENDANT:  John Linbird Davis                                                                                       Judgment - Page 2 of 3
CASE NUMBER:  CR-0-00450-001 MMC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  12 months and one day.

☐   The Court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐   at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

  ☐   as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐   at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

  ☐   as notified by the United States Marshal.

  ☐   as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case

DEFENDANT:  John Linbird Davis  
CASE NUMBER:  CR-0-00450-001 MMC

Judgment - Page 3 of 3